# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **HOWARD FRANK WILLIAMS,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | **08-cv-221-slc** |
| **PETER HUIBREGTSE, Warden,** **Wisconsin Secure Program Facility,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that petitioner's application for federal habeas relief is DISMISSED WITH PREJUDICE.

---

**JOEL W. TURNER**
Joel W. Turner, Acting Clerk

**Connie A. Korth**                                                          9/30/08
by Deputy Clerk                                                              Date